# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: § §
§  **CASE NO. 14-19923-AMC**
**JOHN B WICKSTRUM** §
**COLLEEN O WICKSTRUM** §
    **DEBTOR** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC** | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   **Specialized Loan Servicing LLC**
   **8742 Lucent Blvd, Suite 300**
   **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 4-2
Amount of Claim: $220,607.47
Date Claim Filed: 05/07/2018

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3599**

Phone: 800-274-7025
Last Four Digits of Acct.#: 7772

Name and Address where transferee payments should be sent (if different from above):

   Specialized Loan Servicing, LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx3599**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty      Date: 08/30/2019
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 31, 2019 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
John B Wickstrum
112 Sherman Road
Springfield, PA 19064

**Debtor**  *Via U.S. Mail*
Colleen O Wickstrum
112 Sherman Road
Springfield, PA 19064

**Debtors' Attorney**
Brad J. Sadek
Sadek And Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA  19107

**Chapter 13 Trustee**
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, Pennsylvania 19105

                                        Respectfully Submitted,

                                        /s/ John J. Rafferty
                                        John J. Rafferty